UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeremy Swenson, Jasper Radunz,
and Gary Cardinal, on behalf of
themselves and all others similarly
situated,

   Plaintiffs,
v.             ORDER
                Civil No. 16-cv-2344 (MJD/HB)
WESTconsin Credit Union,

   Defendant.
_____

   Thomas J. Lyons, Jr., Consumer Justice Center, P.A. and Thomas J. Lyons, Lyons Law Firm, P.A., Counsel for Plaintiffs.

   Christopher R. Morris, Bassford Remele, A Professional Association, Counsel for Defendant.
_____

   This matter is before the Court on Defendant's motion to dismiss the Amended Class Action Complaint.  After a careful review of the motion and the record in this case, the Court concludes that oral argument is unnecessary. Therefore, the Court cancels the oral argument set for February 2, 2017, and denies the motion to dismiss.

   Accordingly, based upon the files, records, and proceedings herein, **IT IS**

1

**HEREBY ORDERED**:

Defendant's Motion to Dismiss the Amended Complaint [Docket No. 8] is **DENIED**.

Dated:   February 1, 2017                              s/ Michael J. Davis
                                                       Michael J. Davis
                                                       United States District Court