# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.:  16-cv-2344-MJD-HB

| | |
|---|---|
| Jeremy Swenson, Jasper Radunz, and Gary Cardinal, on behalf of themselves and all others similarly situated, | **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, FOR CERTIFICATION OF A CLASS ACTION FOR SETTLEMENT PURPOSES, AND TO APPOINT CLASS COUNSEL** |
| Plaintiff, | |
| vs. | |
| WESTconsin Credit Union, | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 23(c)(1), Plaintiffs move for certification of a Settlement Class and pursuant to Fed.R.Civ.P. 23(e), for an Order preliminarily approving the settlement of this class action as fair and reasonable, approving the form and method for providing class-wide notice, and scheduling a hearing at which the following will be considered:  request for final approval of the proposed settlement, any objections filed, incentive awards to the named Plaintiffs, and entry of a Final Order.

This Motion has been presented to Defendants, who do not oppose it.

A Memorandum in support of this Motion with supporting documentation are filed contemporaneously herewith.

Plaintiffs state as follows:

1. That for the purpose of this settlement, the parties agree to the certification of the following settlement class:

*All 311 consumers residing in Minnesota and Wisconsin whose credit score was included in 339 WCU county court actions from July 7, 2014 to the present, and are members of the designated class.*

2. The settlement class should be certified and that the settlement agreement (Exhibit 1 attached to the Declaration of Thomas J. Lyons Jr.) is fair and reasonable and should be approved.

Dated this 19th day of October, 2017.

By: s/Thomas J. Lyons Jr.

Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile:(651) 704-0907
tommy@consumerjusticecenter.com

Thomas J. Lyons, Sr., Esq.
Attorney I.D. #: 65699
LYONS LAW FIRM, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: 651-770-9707
tlyons@lyonslawfirm.com

*ATTORNEYS FOR PLAINTIFFS AND THE CLASS*