**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 16-cv-2344-MJD-HB**

| | |
|---|---|
| Jeremy Swenson, Jasper Radunz, and Gary Cardinal, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>WESTconsin Credit Union,<br><br>   Defendant. | **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

---

Plaintiffs, Jeremy Swenson, Jasper Radunz, and Gary Cardinal, as representative of the conditionally certified class, by and through their attorney of record, and pursuant to Federal Rule of Civil Procedure 23, respectfully moves this Court for an Order granting final approval of the class action settlement of all claims, and entry of a final judgment, in accordance with the terms set forth more in the Settlement Agreement and Release. (*ECF No. 40-1*).

Dated this 8th day of February, 2018

               Respectfully Submitted,

               By:_s/Thomas J. Lyons Jr.
               Thomas J. Lyons, Jr., Esq.
               Attorney I.D. #249646
               **CONSUMER JUSTICE CENTER, P.A**.
               367 Commerce Court
               Vadnais Heights, MN 55127
               Telephone:  (651) 770-9707
               Facsimile: (651) 704-0907
               tommy@consumerjusticecenter.com

               Thomas J. Lyons, Esq.
               Attorney I.D. #65699

**LYONS LAW FIRM, P.A**.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile: (651) 704-0907
tlyons@lyonslawfirm.com

*ATTORNEYS FOR PLAINTIFFS AND THE CLASS*