# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## COURT FILE NO.: .: 16-cv-2344-MJD-HB

| | |
|---|---|
| Jeremy Swenson, Jasper Radunz, and Gary Cardinal, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTconsin Credit Union,<br><br>Defendant. | **PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVES' INCENTIVE AWARDS** |

Plaintiffs hereby move the Court for an award for attorneys' fees and costs and class representatives' incentive awards in connection with the above-entitled class action. Plaintiffs' Memorandum, Declarations and evidence in support of Plaintiffs' Motion shall be filed contemporaneously herewith.

Dated this 8th day of February, 2018.

        By: s/Thomas J. Lyons Jr.
        Thomas J. Lyons, Jr., Esq.
        Attorney I.D. #249646
        **CONSUMER JUSTICE CENTER, P.A**.
        367 Commerce Court
        Vadnais Heights, MN 55127
        Telephone:  (651) 770-9707
        Facsimile: (651) 704-0907
        tommy@consumerjusticecenter.com

        Thomas J. Lyons, Esq.
        Attorney I.D. #65699
        **LYONS LAW FIRM, P.A**.
        367 Commerce Court

Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile: (651) 704-0907
tlyons@lyonslawfirm.com

*ATTORNEYS FOR PLAINTIFFS AND THE CLASS*